UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 15 B 20900 |
| | CHAPTER 13 |
| FRANCISCO S MENDOZA | |
| VIOLETA C SALGADO | JUDGE JACK B SCHMETTERER |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** BAYVIEW LOAN SERVICING

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 24 | XXXXXX9753 | $7,832.49 | $7,832.49 | $7,832.49 |
| Total Amount Paid by Trustee | | | | | $7,832.49 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 15-20900-JBS

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 12th day of March, 2019.

Debtor:
FRANCISCO S MENDOZA
VIOLETA C SALGADO
1312 S 59TH CT
CICERO, IL  60804

Attorney:
RATOWITZ LAW GROUP LLC
222 MERCHANDISE MART PLZ
#1225
CHICAGO, IL  60654
via Clerk's ECF noticing procedures

Mortgage Creditor:
FEDERAL NATL MORTGAGE ASSOC
% JOHNSON BLUMBERG & ASSOC
230 W MONROE ST # 1125
CHICAGO, IL  60606

Creditor:
BAYVIEW LOAN SERVICING
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES, FL  33146

ELECTRONIC SERVICE - United States Trustee

Date:  March 12, 2019

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603